# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARRYL HOOPER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AGGREGATE INDUSTRIES – SWR, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:14-cv-02179-GMN-NJK <br><br> **ORDER** |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The ENE Conference, currently scheduled for **October 14, 2015, at 9:30 a.m.,** before the undersigned, is **VACATED** and **CONTINUED** to **October 20, 2015** at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due October 7, 2015, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., October 13, 2015.**

3. All other instructions within the original Order Scheduling Early Neutral Evaluation Session (Dkt. #13) shall remain in effect.

Dated this 17th day of August, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

1