# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARRYL HOOPER, | ) |
|           Plaintiff(s), | ) Case No. 2:14-cv-02179-GMN-NJK |
| vs. | ) ORDER |
| AGGREGATE INDUSTRIES - SWR, INC., | ) |
|           Defendant(s). | ) |

Pending before the Court is the parties' stipulation to extend the deadline to amend the pleadings or add parties. *See* Docket No. 25 at 5-6. That stipulation was filed on September 14, 2015, and the deadline for which the extension is sought also expired on September 14, 2015. *See id.* at 4. As the scheduling order itself makes clear, "any motion or stipulation to extend a deadline set forth in [the] scheduling order shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline." *See, e.g.*, *id.* (citing Local Rule 26-4). The pending stipulation was not filed 21 days before expiration of the deadline to amend, and the parties failed to establish–or even address–excusable neglect for that shortcoming. Accordingly, the stipulation is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: September 15, 2015

                                                                   _____
                                                                     NANCY J. KOPPE
                                                                     United States Magistrate Judge