# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARRYL HOOPER, | Case No. 2:14-cv-02179-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| AGGREGATE INDUSTRIES - SWR, INC., | |
| Defendant(s). | |

Pending before the Court is the parties' joint interim status report, Docket No. 35, which fails to provide the basic information required by Local Rule 26-3. Counsel shall all review that rule, and file a proper interim status report no later than October 21, 2015.

IT IS SO ORDERED.

DATED: October 15, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge